**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

UNITED STATES OF AMERICA,     )
                             )
           Plaintiff,       )
                             )
v.                       )
                             )     Case No. 4:26-CR-00074-BCW-1
MICHAEL TURNER,        )
                             )
          Defendant,     )
                             )

## <u>ORDER</u>

Before the Court is Magistrate Judge W. Brian Gaddy's Report and Recommendation (Doc. #21) concerning Defendant's competency to stand trial.

On March 17, 2026, the Court ordered that Defendant undergo a psychological or psychiatric examination. (Doc. #15). As a result, Defendant was examined at the Federal Correctional Institution in Butner, North Carolina, and on June 1, 2026, the Court received a forensic evaluation of Defendant. (Doc. #18).

On June 10, 2026, Judge Gaddy held a hearing pursuant to 18 U.S.C. § 4247(d) for the purpose of determining Defendant's mental competency to stand trial. (Doc. #20). On June 11, 2026, Judge Gaddy filed the instant Report and Recommendation recommending the Court find Defendant competent to proceed to trial. (Doc. #21). The deadline to file objections has passed and Defendant has not filed any objections. The Court, after an independent review of the record and the applicable law, adopts the Magistrate's Report and Recommendation. Accordingly, it is hereby

ORDERED that the Magistrate's Report and Recommendation (Doc. #21) be attached to and made part of this Order. It is further

1

ORDERED the Court has found, pursuant to 18 U.S.C. § 4241, for the reasons stated in the Report and Recommendation, Defendant Michael Turner is competent to proceed.

IT IS SO ORDERED.


Dated: August 7, 2026                                  /s/ Brian C. Wimes
                                                       BRIAN C. WIMES, CHIEF JUDGE
                                                       UNITED STATES DISTRICT COURT

2